■ Frank A. Gulotta, Appellant, v Louise J. Gulotta, Respondent. [652 NYS2d 626] —Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Burke, J.), dated February 1, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Burke at the Supreme Court. Bracken, J. P., O'Brien, Florio and Luciano, JJ., concur.